UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>IIG GLOBAL TRADE FINANCE FUND LTD.,<br><br>Debtor.<br><br>IIG GLOBAL TRADE FINANCE FUND LIMITED, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>INTERNATIONAL INVESTMENT GROUP L.L.C., *et al.*,<br><br>Defendants. | **<u>Bankruptcy Withdrawal Scheduling Order</u>**<br><br>25 Civ. 9956 (ER) |

The above-entitled Bankruptcy Withdrawal has been assigned to Judge Ramos.  The withdrawal was docketed in the District Court on December 1, 2025.  The attention of all parties is directed to Rule 6.1 of the Local Rules, which provide for the dates within which briefs are to be served and filed. That rule will be adhered to.

The Court will advise the parties of the date and time of any oral argument to be scheduled.

It is SO ORDERED.

Dated:  December 2, 2025
New York, New York

_____
Edgardo Ramos, U.S.D.J.