UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re: IIG GLOBAL TRADE FINANCE FUND LTD. (in Official Liquidation), *et al.*,

Debtors.

IIG GLOBAL TRADE FINANCE FUND LIMITED (in Official Liquidation), *et al.*,

Plaintiffs,

*-against-*

INTERNATIONAL INVESTMENT GROUP L.L.C., *et al.*,

Defendants.

**ORDER**

25-cv-09956 (ER)

RAMOS, D.J.:

BlueMountain Foinaven Master Fund L.P.; BlueMountain Logan Opportunities Master Fund L.P.; BlueMountain Montenvers Master Fund SCA SICAV-SIF; BlueMountain Timberline Ltd.; BlueMountain Kicking Horse Fund L.P.; Corporate Capital Trust, Inc.; KKR Debt Investors II (2006) (Ireland) L.P.; KKR TRS Holdings, Ltd.; KKR-PBPR Capital Partners L.P.; Tennenbaum Senior Loan Fund IV-B, LP; Tennenbaum Senior Loan Fund II, LP; Tennenbaum Senior Loan Fund III, LLC; and Special Value Continuation Partners, LLC (collectively, the "Noteholders") moved to withdraw the reference of this adversary proceeding pursuant to 28 U.S.C. § 157(d) on November 19, 2025. Doc. 1. They requested that the Court issue an order withdrawing the reference, effective either immediately or upon the close of discovery. Doc. 1-1 at 9. The Noteholders also requested, in the alternative, that the Court defer its ruling until the parties had completed discovery. *Id.*

In their motion, the Noteholders indicated that discovery was scheduled to be completed by September 2026. *Id.* at 17. The parties are therefore directed to file a joint status update by October 15, 2026, including as to their progress with discovery.

It is SO ORDERED.

Dated: October 9, 2026
New York, New York

EDGARDO RAMOS
United States District Judge